An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NORMAN EUGENE COLES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VALORIE J. VEGA, DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 66517

**FILED**

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus requests this court to compel the district court to grant counsel's motion to withdraw as counsel for petitioner in a criminal action pending in district court based on a breakdown in the attorney-client relationship and petitioner's malpractice lawsuit against counsel. Because it does not appear from the documents before us that the district court has ruled on counsel's motion to withdraw, we decline to intervene by way of extraordinary writ. Accordingly, we deny the petition. *See* NRAP 21(b).

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                                      Saitta

14-30419

cc:   Hon. Valorie J. Vega, District Judge
      Michael P. Printy
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk